United States Bankruptcy Court
Eastern District of California

In re:                                                                             Case No. 20-13098-B
David Arturo Palma                                               Chapter 7
Rosa Maria Camacho
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0972-1                                  User: admin                                             Page 1 of 1
Date Rcvd: Feb 05, 2021                           Form ID: L51                                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2021:**

**Recip ID              Recipient Name and Address**
tr                       +   Irma Edmonds, PO Box 3608, Pinedale, CA 93650-3608

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2021                                   Signature:       /s/Joseph Speetjens

Filed 02/07/21     Case 20-13098     Doc 20

FORM L51 Final Decree (v.9.14)     20–13098 – B – 7

# UNITED STATES BANKRUPTCY COURT
### Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## FINAL DECREE

**Case Number:** 20–13098 – B – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

| David Arturo Palma | Rosa Maria Camacho |
|---|---|
| xxx–xx–6852 | xxx–xx–6889 |
| 8147 N Cedar Ave Apt 113 | 8147 N Cedar Ave Apt 113 |
| Fresno, CA 93720 | Fresno, CA 93720 |

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**

| David Arturo Palma Granados | Rosa Maria Camacho Contreras |
|---|---|

**Trustee:** Irma Edmonds
PO Box 3608
Pinedale, CA 93650

**Telephone Number:** (559) 221–2233

**Office of the United States Trustee:**

For cases in the Sacramento Division and Modesto Division: 501 I Street, Room 7–500, Sacramento, CA 95814
For cases in the Fresno Division: 2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above–entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:     For the Court,
2/5/21     Wayne Blackwelder , Clerk